**FILED & ENTERED**

NOV 01 2022

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch     DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PEGGIE GENTRY,<br><br>               Debtor. | Case No.: 6:22-bk-10133-WJ<br><br>CHAPTER 13<br><br>**SCHEDULING ORDER**<br><br>Hearing:<br>Date:   November 2, 2022<br>Time:  2:15 p.m.<br>Ctrm.:  304 |

A hearing regarding the application for allowance of fees and expenses of counsel for the debtor is currently set for November 2, 2022 at 2:15 p.m. On September 28, 2022, the chapter 13 trustee filed a brief regarding payment of attorney fees after dismissal or conversion [docket #74]. The Court needs some more time to analyze the unique issues raised.

Accordingly, the Court hereby ORDERS as follows:

1. The hearing regarding the amended application currently set for November 2, 2022 at 2:15 p.m. is hereby continued to December 7, 2022 at 2:15 p.m. No appearances are necessary on November 2, 2022 at 2:15 p.m.

IT IS SO ORDERED.

###

Date: November 1, 2022

Wayne Johnson
United States Bankruptcy Judge