# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

| | |
|---|---|
| Wednesday, November 2, 2022 | Hearing Room 304 |

**2:15 PM**

**6:22-10133    Peggie Gentry**    Chapter 13

#24.00  Hrg re amended application of attorney for debtor for allowance of fees and expenses following dismissal or conversion of chapter 13 case subject to a rights and responsibilities agreement (RARA)

FROM: 9-21-22, 10-5-22

Docket    66
\*\*\* VACATED \*\*\*    REASON: SCHEDULNG ORDER ENTERED 11-1-22; CONT'D TO 12-7-22 AT 2:15 P.M.

**Matter Notes:**
- NONE LISTED -

**Tentative Ruling:**
- NONE LISTED -

### Party Information

**Debtor(s):**

| | |
|---|---|
| Peggie Gentry | Represented By<br>Benjamin Heston |

**Trustee(s):**

| | |
|---|---|
| Rod Danielson (TR) | Pro Se |