United States Bankruptcy Court

Central District of California

In re: Case No. 22-10133-WJ
Peggie Gentry  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6     User: admin     Page 1 of 1
Date Rcvd: Nov 01, 2022     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Peggie Gentry, 4285 Pondhill Court, Riverside, CA 92505-3464 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Peggie Gentry bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Kirsten Martinez | on behalf of Creditor HSBC BANK USA National Association Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

**FILED & ENTERED**

NOV 01 2022

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY gooch   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PEGGIE GENTRY,<br><br>                Debtor. | Case No.: 6:22-bk-10133-WJ<br><br>CHAPTER 13<br><br>**SCHEDULING ORDER**<br><br>Hearing:<br>Date:   November 2, 2022<br>Time:   2:15 p.m.<br>Ctrm.:  304 |

- 1 -

A hearing regarding the application for allowance of fees and expenses of counsel for the debtor is currently set for November 2, 2022 at 2:15 p.m.  On September 28, 2022, the chapter 13 trustee filed a brief regarding payment of attorney fees after dismissal or conversion [docket #74]. The Court needs some more time to analyze the unique issues raised.

Accordingly, the Court hereby ORDERS as follows:

1. The hearing regarding the amended application currently set for November 2, 2022 at 2:15 p.m. is hereby continued to December 7, 2022 at 2:15 p.m.  No appearances are necessary on November 2, 2022 at 2:15 p.m.

IT IS SO ORDERED.

###

Date: November 1, 2022

_____
Wayne Johnson
United States Bankruptcy Judge