# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Wednesday, December 7, 2022**  **Hearing Room  304**

<u>2:15 PM</u>
**6:22-10133  Peggie Gentry**  **Chapter 13**

#26.00  Hrg re amended application of attorney for debtor for allowance of fees and expenses following dismissal or conversion of chapter 13 case subject to a rights and responsibilities agreement (RARA)

FROM: 9-21-22, 10-5-22, 11-2-22

Docket    66

**Matter Notes:**

PRESENT:  B HESTO
          B. KELLY

DEBTOR'S BRIEF BY 1/11/23
TRUSTEE BRIEF BY 1/18/23

( ) Motion granted.

( ) Motion denied.

( ) Fees And Costs Approved Pursuant To The Posted Ruling.

( ) Vacated. Matter is moot due to dismissal or conversion of case.

(X) Continued to  1/25/23 AT 2:15 pm .

( ) Motion withdrawn.

( ) Prevailing party shall prepare an order.

( ) Chambers shall prepare an order.

12/6/2022 3:54:49 PM  Page 31 of 60

## United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Wednesday, December 7, 2022**                                                          **Hearing Room  304**

**2:15 PM**
**CONT...**     **Peggie Gentry**                                                                          **Chapter 13**

**Tentative Ruling:**

- NONE LISTED -

### Party Information

**Debtor(s):**

Peggie Gentry                                        Represented By
                                                     Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)                                   Pro Se