**FILED & ENTERED**

**JAN 23 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:22-bk-10133-WJ |
| PEGGIE GENTRY, | CHAPTER 13 |
| Debtor. | **ORDER** |
| | Hearing: |
| | Date:  January 25, 2023 |
| | Time:  2:15 p.m. |
| | Ctrm.: 304 |

On December 7, 2022 at 2:15 p.m., the Court held a continued hearing regarding the application for allowance of fees and expenses of counsel for the debtor. For the reasons discussed on the record, the Court continued the matter to January 25, 2023 at 2:15 p.m. The Court set a deadline of January 11, 2023 for counsel to file a supplemental brief addressing the matters discussed on the record. However, the deadline has passed and counsel has not filed any brief addressing the matter.

Therefore, the Court hereby ORDERS as follows:

1. As discussed on the record on December 7, 2022, the application is unnecessary. The Court has already previously approved the requested fees and costs.

2. For the reasons discussed on the record on December 7, 2022, the trustee shall distribute to the debtor all remaining funds held by the trustee in this dismissed case. Counsel for the debtor may then seek payment directly from the debtor of the fees and costs allowed by the Court. Counsel for the debtor has declined to file a brief addressing this procedure and, therefore, is deemed to have accepted it.

IT IS SO ORDERED.

###

Date: January 23, 2023

_____
Wayne Johnson
United States Bankruptcy Judge