United States Bankruptcy Court

Central District of California

In re:  Case No. 22-10133-WJ

Peggie Gentry  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6  User: admin  Page 1 of 1
Date Rcvd: Jan 23, 2023  Form ID: pdf042  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Peggie Gentry, 4285 Pondhill Court, Riverside, CA 92505-3464 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Peggie Gentry bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Kirsten Martinez | on behalf of Creditor HSBC BANK USA National Association Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

**FILED & ENTERED**

**JAN 23 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
BY **gooch** DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PEGGIE GENTRY,<br><br>　　　　　Debtor. | Case No.: 6:22-bk-10133-WJ<br><br>CHAPTER 13<br><br>**ORDER**<br><br>Hearing:<br>Date:　January 25, 2023<br>Time:　2:15 p.m.<br>Ctrm.:　304 |

- 1 -

On December 7, 2022 at 2:15 p.m., the Court held a continued hearing regarding the application for allowance of fees and expenses of counsel for the debtor. For the reasons discussed on the record, the Court continued the matter to January 25, 2023 at 2:15 p.m. The Court set a deadline of January 11, 2023 for counsel to file a supplemental brief addressing the matters discussed on the record. However, the deadline has passed and counsel has not filed any brief addressing the matter.

Therefore, the Court hereby ORDERS as follows:

1. As discussed on the record on December 7, 2022, the application is unnecessary. The Court has already previously approved the requested fees and costs.

2. For the reasons discussed on the record on December 7, 2022, the trustee shall distribute to the debtor all remaining funds held by the trustee in this dismissed case. Counsel for the debtor may then seek payment directly from the debtor of the fees and costs allowed by the Court. Counsel for the debtor has declined to file a brief addressing this procedure and, therefore, is deemed to have accepted it.

IT IS SO ORDERED.

###

Date: January 23, 2023

_Wayne Johnson_
Wayne Johnson
United States Bankruptcy Judge