# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Wednesday, January 25, 2023**     **Hearing Room**   **304**

<u>2:15 PM</u>
**6:22-10133**    **Peggie Gentry**      **Chapter 13**

**#24.00**    Hrg re amended application of attorney for debtor for allowance of fees and expenses following dismissal or conversion of chapter 13 case subject to a rights and responsibilities agreement (RARA)

FROM: 9-21-22, 10-5-22, 11-2-22, 12-7-22

Docket 66
*** VACATED *** REASON: ORDER ENTERD 1-23-23

**Matter Notes:**
- NONE LISTED -

**Tentative Ruling:**
- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Peggie Gentry      Represented By
                         Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)      Pro Se